**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____District of Colorado_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | All Star Glass, LLC | |
| **2. All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 5 4 3 8 3 3 9 | |
| **4. Debtor's address** | **Principal place of business**  3301 W. Hampden Avenue  Number  Street  Englewood, CO 80110  City  State  ZIP Code  Arapahoe  County | **Mailing address, if different from principal place of business**  Number  Street  City  State  ZIP Code  **Location of principal assets, if different from principal place of business**  Number  Street  City  State  ZIP Code |
| **5. Debtor's website (URL)** | www.denverallstarglass.com | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☑ Other. Specify:  Limited Liability Company | |

Debtor    All Star Glass, LLC
          Name                                                                Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   2   3   8   9 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br>  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>  ☐ A plan is being filed with this petition.<br>  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                         MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                         MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____  Relationship _____<br>        District _____  When _____<br>                              MM / DD / YYYY<br>        Case number, if known _____ |

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **2**

Debtor     All Star Glass, LLC
           Name                                                             Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number   Street<br>_____<br>City                                State      ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49     ☐ 50-99         ☐ 1,000-5,000   ☐ 5,001-10,000      ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999       ☐ 10,001-25,000                     ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000           ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000          ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million        ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor     All Star Glass, LLC
           Name                                             Case number *(if known)*

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/27/2023
              MM/ DD/ YYYY

X  /s/ William R. Glover                              William R. Glover
Signature of authorized representative of debtor      Printed name

Title                Member

**18. Signature of attorney**

X       /s/ Bonnie Bell Bond          Date  09/27/2023
Signature of attorney for debtor            MM/ DD/ YYYY

Bonnie Bell Bond
Printed name

Law Office of Bonnie Bell Bond
Firm name

8400 E. Prentice Avenue, Suite 1040 Suite 1040
Number      Street

Englewood                                 CO        80111
City                                      State     ZIP Code

_____                 BONNIE@BELLBONDLAW.COM
Contact phone                             Email address

14923                                     CO
Bar number                                State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Fill in this information to identify the case:

Debtor name: All Star Glass, LLC

United States Bankruptcy Court for the: District of Colorado

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Arapahoe County Clerk<br>P.O. Box 9011<br>Littleton, CO 80160-9011 | | | | | | $695.82 |
| 2 | Bella Glass Production<br>3888 Forest<br>Denver, CO 80207 | | | | | | $5,558.25 |
| 3 | Bonnell Aluminum<br>P.O. Box 538435<br>Atlanta, GA 30353-8435 | | | | | | $32,554.61 |
| 4 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | | | | $25,085.35 |
| 5 | Chase Card Services<br>Attn: Bankruptcy<br>P.O. Box 15298<br>Wilmington, DE 19850 | | | | | | $19,921.32 |
| 6 | Childers Sharpening<br>4769 S. Broadway<br>Englewood, CO 80110 | | | | | | $269.31 |
| 7 | Continental Western Group<br>P.O. Box 1594<br>Des Moines, IA 50306 | | | | | | $1,592.66 |
| 8 | Crone Metals, LLC<br>37 Inverness Drive E.<br>Englewood, CO 80112 | | | | | | $1,434.27 |

Debtor     All Star Glass, LLC
           Name

Case number *(if known)* _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | First Choice Building Products<br>740 Hill Top<br>Itasca, IL 60143 | | | | | | $1,331.40 |
| 10 | GlasPro<br>9401 Ann St<br>Santa Fe Springs, CA 90670 | | | | | | $3,754.89 |
| 11 | Glaz Tech Industries<br>2207 E. Elvira Rd<br>Tucson, AZ 85756 | | | | | | $1,971.32 |
| 12 | Granite Re., Inc.<br>14001 Quailbrook Drive<br>Oklahoma City, OK 73134 | | Judgment on Indemnity | | | | $1,073,988.76 |
| 13 | Hartung Agalite Glass<br>P.O. Box 749662<br>Los Angeles, CA 90074-9662 | | | | | | $2,073.18 |
| 14 | Oldcastle Building Envelope<br>P.O. Box 103117<br>Pasadena, CA 91189-3117 | | | | | | $1,332.79 |
| 15 | Scheid Cleveland, LLC<br>501 S. Cherry Street Suite 1100<br>Denver, CO 80246 | | | | | | $230,118.02 |
| 16 | Smalley & Company<br>P.O. Box 910217<br>Denver, CO 80291-0217 | | | | | | $11,652.96 |
| 17 | Stanley Access Tech<br>P.O. Box 0371595<br>Pittsburgh, PA 15251-7595 | | | | | | $1,100.00 |
| 18 | Sweetbaum Miller PC<br>1200 17th Street Ste 1250<br>Denver, CO 80202 | | | | | | $2,502.50 |
| 19 | United Rentals<br>P.O. Box 51122<br>Los Angeles, CA 90074 | | | | | | $1,653.40 |
| 20 | US Small Business Administration<br>SBA Disaster Loan Service Center<br>1545 Hawkins Blvd Ste 202<br>El Paso, TX 79925-2652 | | | | $1,328,519.00 | $379,070.00 | $949,449.00 |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO
DENVER DIVISION

IN RE: **All Star Glass, LLC**  CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  09/27/2023   Signature  /s/ William R. Glover
William R. Glover, Member

Ally
P.O Box 380902
Minneapolis, MN 55438-0902

Arapahoe County Clerk
P.O. Box 9011
Littleton, CO 80160-9011

Bella Glass Production
3888 Forest
Denver, CO 80207

Bonnell Aluminum
P.O. Box 538435
Atlanta, GA 30353-8435

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850

Childers Sharpening
4769 S. Broadway
Englewood, CO 80110

City and County of Denver
P.O. Box 46500
Denver, CO 80201-6500

Colorado Department of Revenue
Tax Audit & Compliance Division
1881 Pierce Street Rm 104
Lakewood, CO 80214

Columbine Window Tint
P.O. Box 702
Morrison, CO 80465-0702


Continental Western Group
P.O. Box 1594
Des Moines, IA 50306


CR Laurence Co
P.O. Box 208952
Dallas, TX 75320-8952


Crone Metals, LLC
37 Inverness Drive E.
Englewood, CO 80112


Dennis J. Bartlett
Burns Figa & Will, P.C.
6400 S. Fiddlers Green Circle, Ste 1000
Englewood, CO 80111


First Choice Building Products
740 Hill Top
Itasca, IL 60143


GlasPro
9401 Ann St
Santa Fe Springs, CA 90670


Glaz Tech Industries
2207 E. Elvira Rd
Tucson, AZ 85756

Granite Re., Inc.
14001 Quailbrook Drive
Oklahoma City, OK 73134

Hartung Agalite Glass
P.O. Box 749662
Los Angeles, CA 90074-9662

IML Security Supply
P.O. Box 65158
Salt Lake City, UT 84165

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Manko Window Systems, Inc.
P.O. Box 1403
Manhattan, KS 66505-1403

Oldcastle Building Envelope
P.O. Box 103117
Pasadena, CA 91189-3117

One Monroe
FM Fasteners, Inc.
1895 W. Dartmouth Ave
Englewood, CO 80110

Scheid Cleveland, LLC
501 S. Cherry Street Suite 1100
Denver, CO 80246

Smalley & Company
P.O. Box 910217
Denver, CO 80291-0217

Stanley Access Tech
P.O. Box 0371595
Pittsburgh, PA 15251-7595

Sweetbaum Miller PC
1200 17th Street Ste 1250
Denver, CO 80202

United Rentals
P.O. Box 51122
Los Angeles, CA 90074

US Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd Ste 202
El Paso, TX 79925-2652

Western Glass Supply
355 Yuma St
Denver, CO 80223